IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| John B. Campbell, | ) |
|         Plaintiff, | ) |
| vs. | ) Civil Action No. 4:12-3317-TLW-TER |
| William Buyer, Director of SCDC, *et al.*, | ) |
|         Defendants. | ) |

# **ORDER**

On November 19, 2012, this civil action, brought by *pro se* Plaintiff John B. Campbell, who alleges violations of 42 U.S.C. § 1983, was removed to this Court from the Court of Common Pleas, Greenville County, South Carolina. (Doc. # 1).

The matter now comes before this Court for review of the Report and Recommendation ("the Report") filed by Magistrate Judge Thomas E. Rogers, III, to whom this case had previously been assigned. In the Report, the Magistrate Judge recommends that Plaintiff's complaint be dismissed with prejudice for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. (Doc. # 16). Objections were due by February 11, 2013. Plaintiff has filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report and Recommendation to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that Report. 28 U.S.C. § 636. In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation. See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

The Court has carefully reviewed the Magistrate Judge's Report and Recommendation. For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED** that the Magistrate Judge's Report and Recommendation is **ACCEPTED**. (Doc. # 16).  The Plaintiff's complaint is thereby **DISMISSED**.  The Defendants' Motion to Dismiss is terminated as moot.   (Doc. # 4).

**IT IS SO ORDERED**.

    s/Terry L. Wooten
United States District Judge

February 12, 2013
Columbia, South Carolina